VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

**FILED**

AUG 31 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NILSON REYES MENDOZA,<br><br>Defendant. | CASE NO. 1:18-CR-00092 NONE-SKO<br>STIPULATION TO MODIFY DEFENDANT REYES MENDOZA'S CONDITIONS OF RELEASE; ORDER THEREON |

TO THE HONORABLE COURT:

WHEREAS, Defendant Nilson Reyes Mendoza is currently on pretrial release per this Court's Order dated May 10, 2021 (Dkt. No. 124) and amended on May 24, 2021 (Dkt. 127); and

WHEREAS, one of his current conditions of release, Condition No. 7(a), imposes location monitoring and home detention;

WHEREAS, defendant satisfactorily complied with his conditions of pretrial release to date;

///

///

STIPULATION TO MODIFY CONDITIONS OF RELEASE; PROPOSED ORDER

1

1   WHEREAS, Defendant and the Government have agreed that the defendant may be
2   allowed additional flexibility to work and attend to personal matters;
3   WHEREAS, the parties are informed of the defendant's positive performance during
4   the past three months on home detention;
5   WHEREAS, Pretrial Services Officer Frank Guerrero has no objections to this request.
6   IT IS HEREBY STIPULATED that the Defendant's pretrial release Condition No. 7(a)
7   be amended to remove the home detention condition and order a curfew as follows:
8   CURFEW: You must remain inside your residence Monday through Saturday from
9   7:00 p.m. to 4:00 a.m.  The curfew shall be from 9:00 p.m. to 7:00 a.m. on Sundays or as may
10  be adjusted by the Pretrial Services office or supervising officer, for medical, religious
11  services, employment, or court-ordered obligations.
12  All other conditions not in conflict with this order shall remain in full force and effect.

13  Dated: August 31, 2021         /s/ Virna L. Santos
                                   VIRNA L. SANTOS
14                                 Attorney for Defendant
                                   Nilson Reyes Mendoza
15

16  Dated: August 31, 2021         /s/ Stephanie Stokman
                                   STEPHANIE STOKMAN
17                                 Assistant U.S. Attorney
                                   On Behalf of the United States of America
18

19
    IT IS SO ORDERED.
20

21
    Date: 8/31/21
22                                 ERICA P. GROSJEAN
                                   Unites States Magistrate Judge
23

24
    STIPULATION TO MODIFY CONDITIONS OF RELEASE; PROPOSED ORDER