1 **VIRNA L. SANTOS, ESQ, SBN 150017**
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93720
(559) 500-3900
(559) 500-3902 (fax)
Email:  vsantos@santoslg.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18CR00092 NONE |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE: |
| vs. | ORDER THEREON |
| NILSON REYES MENDOZA | |
| Defendant. | |

TO THE HONORABLE COURT:

   WHEREAS, Defendant Nilson Reyes Mendoza is currently on pretrial release per this Court's Order dated August 31, 2021 (Dkt. 129); and

   WHEREAS, one of his current conditions of release, Condition No. 7(a), imposes location monitoring and a curfew to permit the defendant to work;

   WHEREAS, defendant has satisfactorily complied with his conditions of pretrial release to date;

   WHEREAS, the parties are informed of the defendant's positive performance during the past six months, making the location monitoring condition no longer necessary;

   WHEREAS, Pretrial Services Officer Frank Guerrero has no objection to this request.

IT IS HEREBY STIPULATED that the Defendant's pretrial release Condition No. 7(a) be amended to remove the location monitoring condition.

All other conditions not in conflict with this order shall remain in full force and effect.

Dated: October 25, 2021        /s/ Virna L. Santos
                               VIRNA L. SANTOS
                               Attorney for Defendant
                               Nilson Reyes Mendoza

Dated: October 25, 2021        /s/ Stephanie Stokman
                               STEPHANIE STOKMAN
                               Assistant U.S. Attorney
                               On Behalf of the United States of America

## ORDER

Pursuant to the parties' stipulation, it is ordered that the Defendant's pretrial release Condition No. 7(a) be amended to remove the location monitoring condition.

All other conditions not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **October 25, 2021**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER