VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street Fresno, CA 93721
(559) 500-3900
(559) 500-3902 (Fax)
vsantos@santoslg.com

Attorney for DEFENDANT'S NAME

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NILSON REYES MENDOZA,<br><br>Defendant. | Case No.: 1:18-CR-092 JLT-SKO<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL; ORDER THEREON |

Virna L. Santos, appointed counsel of record in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record and for the appointment of new counsel to represent NILSON REYES MENDOZA. As grounds she states:

1. Virna L. Santos was appointed to represent defendant on January 17, 2019:

2. At the time of appointment the undersigned was a member of the Criminal Justice Act Panel for the Eastern District of California.

3. Undersigned counsel has accepted a judicial appointment to the Fresno County Superior Court, and consequently, must close her private practice.

4. Defendant NILSON REYES MENDOZA is still in need of counsel. The Federal Public Defender has contacted attorney David A. Torres, who is available to assume representation.

MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL; ORDER THEREON - 1

5. Accordingly, undersigned counsel requests that she be permitted to withdraw and that new counsel, David A. Torres (dtorres@torreslaw.com), be appointed. Undersigned counsel requests that she be removed from the service list.

DATED: April 19, 2022                    /s/ Virna L. Santos
                                                    VIRNA L. SANTOS
                                                    Attorney for Defendant
                                                    NILSON REYES MENDOZA

**ORDER**

Attorney Virna L. Santos' motion to withdraw as counsel is hereby GRANTED and her name should be removed from the service list. Attorney David A. Torres is hereby appointed as counsel *nunc pro tunc*.

IT IS SO ORDERED.

Dated:   **April 20, 2022**                    /s/ Erica P. Grosjean
                                                                               UNITED STATES MAGISTRATE JUDGE