ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NILSON ISRAEL REYES MENDOZA,<br>Defendant. | CASE NO. 1:18-CR-00092-JLT-SAB<br><br>STIPULATION AND ORDER TO SET CHANGE OF PLEA |

Defendant Reyes Mendoza has entered a change of plea to an information, filed contemporaneously with this stipulation[1]. Consequently, the parties ask to have change of plea set on November 16, 2026, before Judge Jennifer L. Thurston, which is the first available date for court and counsel. The parties request that time be excluded under 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B) by and through that date to allow for defense counsel to review discovery in light of the revised charges and prepare for sentencing and trial.

Date: October 26, 2026

ERIC GRANT
United States Attorney

/s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

[1] The plea agreement and waiver of indictment are signed through counsel. Defendant intends to submit personally signed copies on the day of the change of plea.

Date: October 26, 2026

/s/ David Torres
DAVID TORRES
Attorney for NILSON REYES MENDOZA

**O R D E R**

IT IS SO ORDERED that the status conference on November 04, 2026 is vacated and a change of plea be set on November 16, 2026, before the Hon. Jennifer L.Thurston. Defendant is ordered to appear. Time is excluded under 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B) by and through that date for good cause to allow defense counsel time to prepare for sentencing, or in the event that the change of plea does not go forward, prepare for trial.

IT IS SO ORDERED.

Dated: **October 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge