AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

United States of America
v.

NILSON REYES MENDOZA
*Defendant*

Case No. 1:18-cr-00092-JLT-SAB

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10-21-26

for Nilson Reyes Mendoza
*Defendant's signature*

*Signature of defendant's attorney*

DAVID A TORRES
*Printed name of defendant's attorney*

11/2/2026
*Judge's signature*

Jennifer L. Thurston, United States District Judge
*Judge's printed name and title*